No. 72–6350.   MASON v. PANAMA CANAL CO.   Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a

petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS dissents from denial of petition believing that case is not moot, and would vacate judgment and remand the cause to the trial court for resolution of respondent's counterclaim.